■ In the Matter of JOEL D. SNYDER, Respondent, v ELEANOR PETKOVSEK, Appellant. [648 NYS2d 392] —Motion for permission to proceed as a poor person and for assignment of counsel on appeal denied and appeal dismissed. Memorandum: No appeal lies from an order entered on consent (*see, Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652) and any

motion to set aside or vacate such order must be addressed to the court that entered the order. Present—Pine, J. P., Lawton, Wesley, Doerr and Balio, JJ.